GARMAN TURNER GORDON LLP
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
ERIKA PIKE TURNER, ESQ.
Nevada Bar No. 6454
Email: eturner@gtg.legal
ERICK T. GJERDINGEN, ESQ.
Nevada Bar No. 11972
Email: egjerdingen@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for ZB, N.A. d/b/a Nevada State Bank*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN S. TEVES<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA STATE BANK, A DIVISION OF ZB, N.A.; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendant. | Case No.: 2:17-cv-00628-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant ZB, N.A. d/b/a Nevada State Bank ("NSB") that the due date for NSB to file and serve a response to Plaintiff's Complaint should be extended by 14 days from Friday, March 24, 2017, which date is 21 days after the March 3, 2017 service of the Complaint, until and including Friday, April 7, 2017.

A. **Previous Extensions**: There have been no previous extensions granted in this matter.

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

B. **Reason for Extension:** The extension is requested based on the complexity of the issues raised by the Complaint.

| Dated this 22nd day of March, 2017.<br><br>GARMAN TURNER GORDON, LLP<br><br>_____<br>GERALD M. GORDON, ESQ.<br>Nevada Bar No. 229<br>ERIKA PIKE TURNER, ESQ.<br>Nevada Bar No. 6454<br>ERICK T. GJERDINGEN, ESQ.<br>Nevada Bar No. 11972<br>650 White Drive, Ste. 100<br>Las Vegas, Nevada 89119<br>Telephone (725) 777-3000<br>Facsimile  (725) 777-3112<br>*Attorneys for ZB, N.A. d/b/a Nevada State Bank* | Dated this 22nd day of March, 2017.<br><br>ALLISON R. SCHMIDT ESQ. LLC<br><br> /s/Allison R. Schmidt, Esq.<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>8465 W. SAHARA AVE.<br>Suite 111-504<br>Las Vegas, Nevada 89117<br>Phone: (702) 387-7222<br>Fax: (702) 387-7222<br><br>HAINES & KRIEGER, LLC<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>RACHEL B. SATURN, ESQ.<br>Nevada Bar No. 8653<br>8985 S. Eastern Ave., Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br><br>KNEPPER & CLARK LLC<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br><br>*Attorneys for Plaintiff* |

…
…
…

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

2 of 3

**ORDER**

IT IS SO ORDERED this 24th day of March 24, 2017

_____
United States Magistrate Judge

GARMAN TURNER GORDON LLP

_____
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
ERIKA PIKE TURNER, ESQ.
Nevada Bar No. 6454
ERICK T. GJERDINGEN, ESQ.
Nevada Bar No. 11972
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile  (725) 777-3112
*Attorneys for ZB, N.A. d/b/a Nevada State Bank*

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

3 of 3