Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN S. TEVES,<br><br>   Plaintiff,<br><br>vs.<br><br>NEVADA STATE BANK, A DIVISION OF ZB, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendants. | Case No. 2:17-cv-00628-JCM-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Susan S. Teves has no opposition. This is Equifax's first request for such an extension. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended fourteen days from the initial deadline of March 27, 2017 through and including **April 10, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will

///

///

4843-0553-1717

facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

   Respectfully submitted, this 27th day of March, 2017.

              SNELL & WILMER LLP

              By: /s/ Bradley T. Austin
                 Bradley T. Austin
                 Nevada Bar No. 13064
                 3883 Howard Hughes Pkwy
                 Suite 1100
                 Las Vegas, NV 89169
                 Tel: 702-784-5200
                 Fax: 702-784-5252
                 Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

              ***No opposition***

              /s/ Allison R. Schmidt, Esq.
              Allison R. Schmidt, Esq.
              Nevada Bar No. 10743
              ALLISON R. SCHMIDT ESQ., LLC
              8465 W. Sahara Avenue
              Suite 111-504
              Las Vegas, NV 89117
              Phone: (702) 387-7222
              Email: Allison@nevadaslawyers.com

*Attorney for Plaintiff Jimmy T. Ruiz*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 28, 2017

- 2 -

4843-0553-1717

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 27th day of March, 2017, via CM/ECF:

>Allison R. Schmidt, Esq.
>ALLISON R. SCHMIDT ESQ., LLC
>8465 W. Sahara Avenue
>Suite 111-504
>Las Vegas, NV 89117
>Email: Allison@nevadaslawyers.com

By: /s/ *Lyndsey Luxford*
An employee of Snell & Wilmer LLP

- 3 -

4843-0553-1717