HAINES & KRIEGER, LLC
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
RACHEL B. SATURN, ESQ.
Nevada Bar No. 8653
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
(702) 880-5554

ALLISON R. SCHMIDT ESQ. LLC
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
8465 W. SAHARA AVE.
Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222

KNEPPER & CLARK LLC
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN S. TEVES<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA STATE BANK, A DIVISION OF ZB, N.A.; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendant. | Case No.: 2:17-cv-00628-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO RESPOND TO MOTION TO DISMISS [DKT NO. 13]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and

counsel for Defendant ZB, N.A. d/b/a Nevada State Bank ("NSB") that the due date for Plaintiff to file and serve a response to NSB's Motion to Dismiss [DKT NO. 13], filed on April 7, 2017 should be extended by 14 days from Friday, April 21, 2017, until and including Friday, May 5, 2017 – there is no hearing date presently set on the motion. There have been no previous extensions granted as to this deadline, and the request is not intended for the purpose of delay. Plaintiff requests the extension in order to further evaluate the arguments raised in the motion and consider possibilities for resolution.

| Dated this 21st day of April, 2017. | Dated this 21st day of April, 2017. |
|---|---|
| GARMAN TURNER GORDON, LLP | /s/ Allison R. Schmidt |
| | ALLISON R. SCHMIDT ESQ. LLC |
| /s/ ERICK T. GJERDINGEN | Allison R. Schmidt, Esq. |
| GERALD M. GORDON, ESQ. | Nevada Bar No. 10743 |
| Nevada Bar No. 229 | 8465 W. SAHARA AVE. |
| ERIKA PIKE TURNER, ESQ. | Suite 111-504 |
| Nevada Bar No. 6454 | Las Vegas, Nevada 89117 |
| ERICK T. GJERDINGEN, ESQ. | Phone: (702) 387-7222 |
| Nevada Bar No. 11972 | Fax: (702) 387-7222 |
| 650 White Drive, Ste. 100 | |
| Las Vegas, Nevada 89119 | *Attorneys for Plaintiff* |
| Telephone (725) 777-3000 | |
| Facsimile (725) 777-3112 | |
| *Attorneys for ZB, N.A. d/b/a Nevada State Bank* | |

**ORDER**

IT IS SO ORDERED April 27, 2017.

_____
United States District Judge